**Dismissed and Memorandum Opinion filed January 29, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-01069-CV

---

## IN THE INTEREST OF S.R.G., J.A.G., AND C.J.G., CHILDREN

---

**On Appeal from the 313th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-05307J**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the "Denial of a Motion to Stay the Adoption of Children Pending Filing of a Petition Filed November 8, 2016." Appellant's parental rights were terminated in a decree signed October 20, 2016. This court affirmed the termination of appellant's parental rights. *See In re S.R.G.*, No. 14-16-00900-CV, 2017 WL 1497350, at *1 (Tex. App.—Houston [14th Dist.] Apr. 25, 2017, pet. denied) (mem. op.). In this appeal appellant attempts to appeal the denial of a motion to stay the adoption of the children.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders are not appealable unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). In this case appellant timely appealed the termination decree, which was a final judgment. No statutory exception permits the appeal of a denial of a motion to stay adoption filed two years after termination of parental rights.

On December 27, 2018, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless on or before January 8, 2019, appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

The appeal is dismissed for want of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.